UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SAMUEL ENNING,                                                  CASE NO. 1:14-cv-00518
        Plaintiff,

        vs.                                                                          Judge

TRANS UNION,
        Defendant.

---

### TRANS UNION, LLC'S NOTICE OF REMOVAL

---

        Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia, on the following grounds:

        1.    On or about February 18, 2014, Plaintiff Samuel Enning ("Plaintiff") commenced a civil action against Trans Union by filing a Complaint in the Superior Court of the District of Columbia.  On or about February 26, 2014, Trans Union received a copy of the Summons, Complaint, Notice and Acknowledgment Of Receipt Of Summons, Complaint, And Initial Order and Initial Order And Addendum.  Attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C** and **Exhibit D**.

        2.    On March 14, 2014, Trans Union, by counsel, returned an executed copy of the Notice and Acknowledgment Of Receipt Of Summons, Complaint, And Initial Order.  Attached hereto as **Exhibit E**.  Trans Union has not served any answer or responsive pleading to

Plaintiff's Complaint, nor made any appearance before the Superior Court of the District of Columbia in this matter.

3. On or about March 24, 2014, Trans Union received a Final Notice and Acknowledgment Of Receipt Of Summons, Complaint, And Initial Order,[1] which included copies of the previously provided Summons, Complaint and Initial Order And Addendum, and further included a copy of the Civil Information Sheet. Attached hereto as **Exhibit F**. No other process, pleadings or orders have been served on Trans Union.

4. Among other things,[2] Plaintiff alleges Trans Union wrongly reported "Personal Identification Informations [sic] … Addresses Identifications Informations [sic] … Employment Data Accounts Informations [sic] … Collection Agencies, Debt Collections … Social Security Number Identifications Informations [sic] … Bankruptcy Identifications Informations [sic]" and "Adverse Accounts Identifications [sic] …." See Complaint. Plaintiff further alleges violations of the "Fed. Fair Credit Reportings, Scores, Protections, Procedures Acts and Laws." Id. These claims and allegations fall within the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA").

5. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

---

[1] The Final Notice was mailed to Trans Union on or about March 18, 2014, after Trans Union returned the executed Notice and Acknowledgment Of Receipt Of Summons, Complaint, And Initial Order, but before it was received by the Superior Court.

[2] Plaintiff's one-page, handwritten Complaint is vague, ambiguous and incomprehensible in many parts.

6. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia.

7. Notice of this removal will promptly be filed with the Superior Court of the District of Columbia, Civil Division, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of the District of Columbia, Civil Division, to this United States District Court, District of Columbia.

Respectfully submitted,

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (DC Bar #503038)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **27th day of March, 2014**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **27th day of March, 2014**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Samuel Enning<br>P.O. Box 55110<br>Washington, DC  20040 | |
|---|---|

 

/s/ H. Mark Stichel
H. Mark Stichel, Esq.  (DC Bar #503038)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*