# EXHIBIT B

# Complaint to Trans Union, LLC

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Samuel Enning
P.O. Box 55110
Wash. D.C 20040

*Plaintiff*

RECEIVED
FEB 18 2014

Fed. Fair Credit Reportings
Scores Protections Procedure
Acts and Laws violations
1992 till eternity
Damages $999 Trillion

vs.

CIVIL ACTION NO. 14 - 0001000

Trans Union
P.O. Box 2000
Chester, PA
19022
1-800-916-8800

Violations of the Consumer Reportings Score
Protections, Procedures Acts, Laws violations 199
till eternity! Damages $999 Trillion
Racial — Illegal Accounts Reference
Illegal Bills $999 Trillion w w
Name — Samuel Enning
since 1992

*Defendants*

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Personal Identifications Informations Variation violations, Address
Identifications Informations violations, Employments Data Accounts
Informations variation violations, Collect Agencies, Debts Collections
variation violations, Social Security Numbers Identifications Information
violations, Law firms, Medical and Health Cares Identifications, simtos
violations, Companies Informations, finance Banking Identifications
Informations violations, Adverse Accounts Identifications variation
violations since 1992

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 999999 Trillion, with interest and costs.

Phone: (202)-709-2790

**DISTRICT OF COLUMBIA, SS**

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

Samuel Enning
(Plaintiff                                                                                      Agent)

Subscribed and sworn to before me this ___18th___ day of _____ 20 _14_.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00