# EXHIBIT E

# Executed Notice and Acknowledgment Of Receipt Of Summons, Complaint, And Initial Order

Form CA 1-A: Notice and Acknowledge for Service by Mail



### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Samuel Enning
_____
*Plaintiff(s)*

v.   Case No: 2014 CA 1000 B

Trans Union
_____
*Defendant(s)*

### NOTICE

To (insert name and address of the party to be served):
Trans Union
P.O. Box 2000
Chester, PA 19022

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 2/24/14

_____   _____
*Signature*                 *Date of Signature* 2/22/14

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) Scott E. Brady, Esq. received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): 4545 Northwestern Drive
Zionsville, IN 46077
sbrady@schuckitlaw.com

_____   Counsel for Trans Union, LLC   March 14, 2014
*Signature*                 *Relationship to Defendant/Authority to Receive Service*   *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
Veuillez appeler au (202) 879-4828 pour une traduction