CO-929
Rev. 02/10

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Samuel  Enning

_____
Plaintiff


v.                                      Civil Action No.  14-518  (JDB)

Trans Union  LLC
_____
Defendant


     The above entitled action, removed from the Superior Court for the District of Columbia,

has been filed and assigned to Judge _BATES, J._____. All counsel and/or pro se

litigants must include on any subsequent pleadings both the civil action number and the initials

of the judge assigned to this action.  (See preceding sentence for the judge's initials.)

     Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the

bar of this Court to appear, file papers or practice.  To assist the Clerk's Office in properly

recording all counsel of record, counsel for all parties must enter their appearance in accordance

with Local Rule 83.6(a).  Timely compliance with this requirement will enable the Clerk's Office

to ensure prompt delivery of notices and orders.

     Finally, your attention is called to Local Rule 16.3, Duty to Confer.  This rule clearly

spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on

a wide range of questions.

ANGELA D. CAESAR, Clerk

By _____
Deputy Clerk

cc:  Samuel  Enning

n:\Forms\CO-929A Removal Case Notice to Counsel 021810